UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY HYDE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HARTFORD,<br><br>    Defendant. | CV 07-2017 PA (CWx)<br><br>JUDGMENT |

Pursuant to the Findings of Fact and Conclusions of Law entered by the Court on February 5, 2009,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Beverly Hyde ("Plaintiff") shall have judgment against defendant Hartford Life Insurance Company.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover her costs of suit.

    IT IS SO ORDERED.

DATED: February 5, 2009

                                                                                                    Percy Anderson<br>
                                                                                UNITED STATES DISTRICT JUDGE